IN THE UNITED STATES DISTRICT COURT
FOR THE CONNECTICUT

IN RE: GRAND JURY SUBPOENA

Case No. 3:18MJ 2023 (SALM)

**Filed Under Seal**

## NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue a Order commanding INTERSERVER (hereinafter "the Provider"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of the grand jury subpoena **N-18-2-68 (9)** (hereinafter "the Subpoena"), until December 28, 2019.

The Court determines that there is reason to believe that notification of the existence of the Subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee prosecution, destroy or tamper with evidence, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the Subpoena until December 28, 2019, to the listed subscriber or to any other person, unless and until otherwise authorized to do so by the Court, except that the Provider may disclose the Subpoena to an attorney for the Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until December 28, 2019 because the Court finds that sealing is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

_____  
Date

_____  
HONORABLE SARAH A.L. MERRIAM  
United States Magistrate Judge